Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 02/02/12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

CH

IN RE:  
TIMOTHY A FULLER  
212 BRATTLESBORO PL  
NASHVILLE, TN  37204  

SSN XXX-XX-1793

CASE NO. 12-00815-RM3-13  
02/01/2012

## ORDER TO PAY TRUSTEE

The above named debtor(s) having filed a petition under Chapter 13 of the Bankruptcy code and having submitted all future income to the jurisdiction of this Court in accordance with the statute

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor(s) named above shall pay the sum of **$1597.29 MONTHLY** and each succeeding period thereafter, at least monthly, to:

> CHAPTER 13 TRUSTEE  
> P O BOX 190664  
> NASHVILLE, TN  37219-0664  
> PHONE:  615-244-1101  
> FAX:  615-242-3241  
> pleadings@ch13nsh.com

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor(s) to make payments to the Trustee in this case.

cc:  
 TIMOTHY A FULLER  
 STEVEN L LEFKOVITZ  
 HENRY E. HILDEBRAND, III  

 PAID DIRECT BY DEBTOR

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.  
United States Bankruptcy Court.