IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 Proceeding |
| TIMOTHY A. FULLER, | ) | Case No. 312-00815 |
| SS#: XXX-XX-1793 | ) | Randal S. Mashburn, Judge |
| 212 Brattlesboro Place | ) | |
| Nashville, TN 37204 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM

Upon the Debtor's Objection to Claim of Robin Ann Perry and Notice thereon having

been filed with this Court and served upon all effected creditors and parties-in-interest on April

19, 2012; there having been no written responses to said Objection filed with the Clerk of Court

within thirty (30) days of Notice, pursuant to LBR 9013-1; and, upon the entire record herein, the

Court finds that said Objection is well taken, and

It is hereby **ORDERED** that the claim of Robin Ann Perry, unsecured in the amount of

$2,491.00, filed herein on or about February 24, 2012 (Bankruptcy Court Claim No. 2 / Chapter

13 Trustee's Claim No. 6), is hereby disallowed in its entirety.

## THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
## AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/  STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone:  (615) 256-8300
Fax:     (615) 255-4516
Email:    slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to Beth Roberts Derrick, Assistant United States Trustee, Henry E. Hildebrand, III, Chapter 13 Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 24th day of May, 2012.

**/S/  STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz